**ORIGINAL** FORM

UNITED STATES COURT OF INTERNATIONAL TRADE

Victoria's Secret Direct

Plaintiff,

v

UNITED STATES OF AMERICA,

Defendant

04-00566

LEO M. GORDON, CLERK

SUMMONS

**TO:** The Attorney General and the Secretary of the Treasury

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule)



LEO M. GORDON, CLERK OF THE COURT

### PROTEST

| Port of Entry | See schedules attached | Date Protest Filed | See schedules attached |
|---|---|---|---|
| Protest Number | See schedules attached | Date Protest Denied | See schedules attached |
| Importer | Victoria's Secret Direct | | |
| Category of Merchandise | Shelf-Bra | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| | | | | | |
| | | SEE SCHEDULES ATTACHED | | | |
| | | | | | |
| | | | | | |

47 PROTESTS
27 ENTRIES

Port Director,
U S Bureau of Customs & Border Protection
301 East Ocean Blvd, Suite 1400
Long Beach, CA ~~90731~~ 90802

*Address of Customs District in Which Protest Was Denied*

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
399 Park Avenue, 25th floor
New York, New York 10022

212/557-4000

*Name Address and Telephone Number of Plaintiff's Attorney*

Page 1

305188

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised | | |
| Protest Claim | | |

| Classification, Rate or Amount | | | | | |
|---|---|---|---|---|---|
| | Assessed | | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | | Paragraph or Item Number | Rate |
| | | **2002** | **2003** | | **2002** **2003** |
| Shelf-Bra | 6109 10 00 or 6109 90 10 or 6110 20 20 or 6110 30 30 | 17 4% 32 4% 17 3% 32 4% | 17% 32 2% 16 9% 32 2% | 6212 90 00 or 6114 20 00 or 6114 30 | 6 7%  6 6% 10 9%  10 9% 28 6%  28 4% |

| Other |
|---|
| State specifically the Decision [as Described in 19 U S C §1514(a)] and the Protest Claim |
| |

| |
|---|
| The issue which was common to all such denied protests  Whether the imported merchandise is specifically provided for under the claimed tariff provision |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest  The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown

11-3-04
_Date_

_Steven P Florsheim_

Page 2

SCHEDULES OF PROTESTS

**Port of Entry: Los Angeles, CA**

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-04-100664 | 03/09/2004 | 06/03/2004 | 442-1724763-2 | 02/08/2003 | 12/19/2003 |
| 2704-04-100665 | 03/09/2004 | 06/03/2004 | 442-1723283-2 | 01/27/2003 | 12/12/2003 |
| 2704-04-100666 | 03/09/2004 | 06/03/2004 | 442-1723291-5 | 01/27/2003 | 12/12/2003 |
| 2704-04-100668 | 03/09/2004 | 06/03/2004 | 442-1724467-0 | 02/01/2003 | 12/12/2003 |
| 2704-04-100669 | 03/09/2004 | 06/03/2004 | 442-1724475-3 | 02/01/2003 | 12/12/2003 |
| 2704-04-100670 | 03/09/2004 | 06/03/2004 | 442-1724587-5 | 02/01/2003 | 12/12/2003 |
| 2704-04-100672 | 03/09/2004 | 06/03/2004 | 442-1725219-4 | 02/08/2003 | 12/19/2003 |
| 2704-04-100673 | 03/09/2004 | 06/03/2004 | 442-1725222-8 | 02/08/2003 | 12/19/2003 |
| 2704-04-100782 | 03/19/2004 | 06/03/2004 | 442-1730187-6 | 03/13/2003 | 01/23/2004 |
| 2704-04-100783 | 03/19/2004 | 06/03/2004 | 442-1732113-0 | 03/27/2003 | 02/06/2004 |
| 2704-04-100813 | 03/25/2004 | 06/03/2004 | 442-1729273-7 | 03/07/2003 | 01/16/2004 |
| 2704-04-100813 | 03/25/2004 | 06/03/2004 | 442-1731325-1 | 03/20/2003 | 01/30/2004 |
| 2704-04-100981 | 04/14/2004 | 06/03/2004 | 442-1732082-7 | 03/27/2003 | 02/06/2004 |

Port Director,
U.S. Bureau of Customs & Border Protection
301 East Ocean Blvd., Suite 1400
Long Beach, CA ~~90731~~ 90802

PAGE 1 OF 6

## SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 2704-04-100982 | 04/14/2004 | 08/19/2004 | 442-1730196-7 | 03/13/2003 | 01/23/2004 |
| 2704-04-100982 | 04/14/2004 | 08/19/2004 | 442-1730532-3 | 03/17/2003 | 01/30/2004 |
| 2704-04-101408 | 06/01/2004 | 06/22/2004 | 442-1738076-3 | 05/08/2003 | 03/19/2004 |
| 2704-04-101409 | 06/01/2004 | 06/22/2004 | 442-1738077-1 | 05/08/2003 | 03/19/2004 |
| 2704-04-101410 | 06/01/2004 | 06/25/2004 | 442-1737087-1 | 05/02/2003 | 03/12/2004 |
| 2704-04-101522 | 06/22/2004 | 08/11/2004 | 442-1742624-4 | 06/12/2003 | 04/23/2004 |
| 2704-04-101522 | 06/22/2004 | 08/11/2004 | 442-1742627-7 | 06/12/2003 | 04/23/2004 |
| 2704-04-101523 | 06/22/2004 | 08/11/2004 | 442-1740731-9 | 05/29/2003 | 04/09/2004 |
| 2704-04-101523 | 06/22/2004 | 08/11/2004 | 442-1740732-7 | 05/29/2003 | 04/09/2004 |
| 2704-04-101598 | 07/09/2004 | 09/08/2004 | 442-1749686-6 | 07/24/2003 | 06/04/2004 |
| 2704-04-101599 | 07/09/2004 | 08/30/2004 | 442-1748179-3 | 07/17/2003 | 05/28/2004 |
| 2704-04-101600 | 07/09/2004 | 08/25/2004 | 442-1747433-5 | 07/10/2003 | 05/21/2004 |
| 2704-04-101600 | 07/09/2004 | 08/25/2004 | 442-1747539-9 | 07/11/2003 | 05/21/2004 |
| 2704-04-101871 | 08/20/2004 | 09/14/2004 | 442-1750736-5 | 07/31/2003 | 06/14/2004 |
| 2704-04-101872 | 08/20/2004 | 09/14/2004 | 442-1750735-7 | 07/31/2003 | 06/14/2004 |
| 2704-04-101872 | 08/20/2004 | 09/14/2004 | 442-1750734-0 | 07/31/2003 | 06/14/2004 |

## SCHEDULES OF PROTESTS

**Port of Entry: Groveport, OH**

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4103-04-100043 | 03/26/2004 | 06/30/2004 | 233-3028386-4 | 02/24/2003 | 01/09/2004 |
| 4103-04-100043 | 03/26/2004 | 06/30/2004 | 233-3028404-5 | 02/24/2003 | 01/09/2004 |
| | | | | | |
| 4103-04-100044 | 03/26/2004 | 06/30/2004 | 233-3028412-8 | 02/24/2003 | 01/09/2004 |
| | | | | | |
| 4103-04-100045 | 03/24/2004 | 06/30/2004 | 233-3024421-3 | 02/28/2003 | 01/09/2004 |
| | | | | | |
| 4103-04-100048 | 03/26/2004 | 06/14/2004 | 233-3020988-5 | 02/11/2003 | 12/26/2003 |
| | | | | | |
| 4103-04-100049 | 03/26/2004 | 06/14/2004 | 233-3020131-2 | 02/10/2003 | 12/26/2003 |
| | | | | | |
| 4103-04-100068 | 05/05/2004 | 06/30/2004 | 233-3051193-4 | 04/01/2003 | 02/13/2004 |
| | | | | | |
| 4103-04-100070 | 05/05/2004 | 06/30/2004 | 233-3052942-3 | 04/03/2003 | 02/13/2004 |
| | | | | | |
| 4103-04-100076 | 05/05/2004 | 06/30/2004 | 233-3050183-6 | 04/02/2003 | 02/13/2004 |
| 4103-04-100076 | 05/05/2004 | 06/30/2004 | 233-3072977-5 | 05/07/2003 | 03/19/2004 |
| 4103-04-100076 | 05/05/2004 | 06/30/2004 | 233-3083026-8 | 05/23/2003 | 04/02/2004 |
| | | | | | |
| 4103-04-100077 | 05/05/2004 | 07/01/2004 | 233-3054100-6 | 04/04/2003 | 02/13/2004 |
| 4103-04-100077 | 05/05/2004 | 07/01/2004 | 233-3059190-2 | 04/14/2003 | 02/27/2004 |
| 4103-04-100077 | 05/05/2004 | 07/01/2004 | 233-3065473-4 | 04/25/2003 | 03/05/2004 |
| 4103-04-100077 | 05/05/2004 | 07/01/2004 | 233-3071456-1 | 05/05/2003 | 03/19/2004 |

Port Director,
U.S. Bureau of Customs & Border Protection
6431 Alum Creek Drive, Suite A
Groveport, OH 43125

SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4103-04-100129 | 05/14/2004 | 06/30/2004 | 233-3056061-8 | 04/08/2003 | 02/20/2004 |
| 4103-04-100129 | 05/14/2004 | 06/30/2004 | 233-3059285-0 | 04/15/2003 | 02/27/2004 |
| | | | | | |
| 4103-04-100137 | 06/01/2004 | 06/30/2004 | 233-3064199-6 | 04/22/2003 | 03/05/2004 |
| 4103-04-100137 | 06/01/2004 | 06/30/2004 | 233-3064196-2 | 04/22/2003 | 03/05/2004 |
| 4103-04-100137 | 06/01/2004 | 06/30/2004 | 233-3081990-7 | 05/22/2003 | 04/02/2004 |
| | | | | | |
| 4103-04-100138 | 06/01/2004 | 06/30/2004 | 233-3061600-6 | 04/24/2003 | 03/05/2004 |
| 4103-04-100138 | 06/01/2004 | 06/30/2004 | 233-3079902-6 | 05/20/2003 | 04/02/2004 |
| | | | | | |
| 4103-04-100139 | 06/01/2004 | 06/30/2004 | 233-3065892-5 | 04/24/2003 | 03/05/2004 |
| 4103-04-100139 | 06/01/2004 | 06/30/2004 | 233-3065886-7 | 04/24/2003 | 03/05/2004 |
| | | | | | |
| 4103-04-100141 | 06/01/2004 | 06/30/2004 | 233-3072644-1 | 05/06/2003 | 03/19/2004 |
| 4103-04-100141 | 06/01/2004 | 06/30/2004 | 233-3081993-1 | 05/22/2003 | 04/02/2004 |
| | | | | | |
| 4103-04-100142 | 06/01/2004 | 06/30/2004 | 233-3069481-3 | 04/30/2003 | 03/12/2004 |
| 4103-04-100142 | 06/01/2004 | 06/30/2004 | 233-3072968-4 | 05/07/2003 | 03/19/2004 |
| 4103-04-100142 | 06/01/2004 | 06/30/2004 | 233-3072962-7 | 05/07/2003 | 03/19/2004 |
| | | | | | |
| 4103-04-100149 | 06/22/2004 | 08/16/2004 | 233-3085891-3 | 05/30/2003 | 04/09/2004 |
| 4103-04-100149 | 06/22/2004 | 08/16/2004 | 233-3098126-9 | 06/19/2003 | 04/30/2004 |
| 4103-04-100149 | 06/22/2004 | 08/16/2004 | 233-3099693-7 | 06/25/2003 | 05/07/2004 |
| 4103-04-100149 | 06/22/2004 | 08/16/2004 | 233-3106486-7 | 07/03/2003 | 05/14/2004 |
| | | | | | |
| 4103-04-100150 | 06/22/2004 | 08/16/2004 | 233-3076965-6 | 05/28/2003 | 04/09/2004 |
| 4103-04-100150 | 06/22/2004 | 08/16/2004 | 233-3084722-1 | 05/28/2003 | 04/09/2004 |
| 4103-04-100150 | 06/22/2004 | 08/16/2004 | 233-3090041-8 | 06/05/2003 | 04/16/2004 |
| 4103-04-100150 | 06/22/2004 | 08/16/2004 | 233-3095052-0 | 06/17/2003 | 04/30/2004 |
| 4103-04-100150 | 06/22/2004 | 08/16/2004 | 233-3103698-0 | 06/30/2003 | 05/14/2004 |
| | | | | | |
| 4103-04-100151 | 06/22/2004 | 08/16/2004 | 233-3090045-9 | 06/05/2003 | 04/16/2004 |
| 4103-04-100151 | 06/22/2004 | 08/16/2004 | 233-3113200-3 | 07/17/2003 | 05/28/2004 |
| | | | | | |
| 4103-04-100152 | 06/22/2004 | 08/16/2004 | 233-3093013-4 | 06/11/2003 | 04/23/2004 |
| 4103-04-100152 | 06/22/2004 | 08/16/2004 | 233-3093010-0 | 06/12/2003 | 04/23/2004 |
| 4103-04-100152 | 06/22/2004 | 08/16/2004 | 233-3094299-8 | 06/17/2003 | 04/30/2004 |
| 4103-04-100152 | 06/22/2004 | 08/16/2004 | 233-3094295-6 | 06/17/2003 | 04/30/2004 |
| 4103-04-100152 | 06/22/2004 | 08/16/2004 | 233-3104900-9 | 07/01/2003 | 05/14/2004 |
| | | | | | |
| 4103-04-100153 | 06/22/2004 | 08/16/2004 | 233-3088507-2 | 06/03/2003 | 04/16/2004 |
| 4103-04-100153 | 06/22/2004 | 08/16/2004 | 233-3096227-7 | 06/25/2003 | 05/07/2004 |

## SCHEDULES OF PROTESTS

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4103-04-100157 | 06/23/2004 | 08/16/2004 | 233-3084218-0 | 05/27/2003 | 04/09/2004 |
| 4103-04-100157 | 06/23/2004 | 08/16/2004 | 233-3084205-7 | 05/28/2003 | 04/09/2004 |
| 4103-04-100157 | 06/23/2004 | 08/16/2004 | 233-3094749-2 | 06/17/2003 | 04/30/2004 |
| 4103-04-100157 | 06/23/2004 | 08/16/2004 | 233-3096609-6 | 06/17/2003 | 04/30/2004 |
| 4103-04-100157 | 06/23/2004 | 08/16/2004 | 233-3097244-1 | 06/18/2003 | 04/30/2004 |
| | | | | | |
| 4103-04-100158 | 06/22/2004 | 08/16/2004 | 233-3086630-4 | 05/30/2003 | 04/09/2004 |
| 4103-04-100158 | 06/22/2004 | 08/16/2004 | 233-3096617-9 | 06/17/2003 | 04/30/2004 |
| 4103-04-100158 | 06/22/2004 | 08/16/2004 | 233-3101038-1 | 06/25/2003 | 05/07/2004 |
| | | | | | |
| 4103-04-100159 | 06/22/2004 | 08/16/2004 | 233-3088532-0 | 06/03/2003 | 04/16/2004 |
| 4103-04-100159 | 06/22/2004 | 08/16/2004 | 233-3088518-9 | 06/03/2003 | 04/16/2004 |

## SCHEDULES OF PROTESTS

**Port of Entry: Newark, NJ**

| PROT NUM | DATE FILED | DATE DENIED | ENTRY NUM | ENTRY DATE | LIQ DATE |
|---|---|---|---|---|---|
| 4601-04-100388 | 02/13/2004 | 06/04/2004 | 442-6110457-2 | 01/23/2003 | 12/05/2003 |

Port Director,
U.S. Bureau of Customs & Border Protection
1100 Raymond Blvd, room402
Newark, NJ 07102

IN ACCORDANCE WITH THE PROVISION OF RULE 5(e). THIS PAPER IS DEEMED FILED AS OF THE DATE OF MAILING- TO WIT 11/5/04