**UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: HONORABLE TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| VICTORIA'S SECRET DIRECT,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>　　　　　Defendant. | Court No.   04-00566 |

## SETTLEMENT AGREEMENT

For the purpose of resolving the above captioned case, without any further judicial proceedings and without trial or adjudication of any issue of law or fact, and without constituting an admission of liability on the part of any party, and for no other purpose, the parties stipulate and agree as follows:

1.　　Plaintiff, Victoria's Secret Direct Inc. ("Victoria's Secret"), and Defendant, the United States, have agreed that, without reliquidating the entries subject to this action, U.S. Customs and Border Protection will make payment to Victoria's Secret of $8,871.13 (hereafter, "the Payment"), plus interest as provided by law from July 1, 2022 through the date of payment. The Payment includes the following separate sums:

　　　　a.　　$4,611.24 in duties;

　　　　b.　　Interest of $4,259.89, which has been calculated from the date of the deposit of the estimated duties on the underlying consumption entries or the date of payment of increased duties, if applicable, through June 30, 2022.

2.　　In acceptance of this payment, plaintiff agrees to abandon all other claims involving the entries of this case.

<u>Victoria's Secret Direct LLC v. United States</u>, Court No. 04-00566

for the parties have or may acquire an interest, except as is necessary to effect the terms of this agreement.

9.  Plaintiff's counsel represents that he has been and is authorized to enter into this agreement on behalf of Victoria's Secret.

10. This document constitutes a complete integration of the agreement between the parties and supersedes any and all prior oral or written representations, understandings, or agreements among or between them.

By: *Robert F. Seely*
Robert F. Seely
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN
& KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

*Attorneys for Plaintiff*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

*Justin R. Miller* 8/8/2022
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

*Elisa S. Solomon* 8/8/2022
ELISA S. SOLOMON
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Suite 346
New York, New York 10278
(212) 264-0583

*Attorneys for Defendant*